No. 512. DE CASAUS *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Morris Lavine* for petitioner.

No. 514. STOKES *v.* CONTINENTAL ASSURANCE Co. C. A. 5th Cir. Certiorari denied. *Neal P. Rutledge* for petitioner. *Edwin A. Swingle* and *Allan C. Swingle* for respondent.

No. 515. HARTWIG ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Sterling M. Wood* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 516. LATROBE CONSTRUCTION CO. ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *A. L. Barber, W. D. Murphy, Jr.* and *Leon Catlett* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *Harold S. Harrison* for the United States.

No. 511. BARRAS ET AL. *v.* SALT RIVER VALLEY WATER USERS' ASSOCIATION. C. A. 9th Cir. Certiorari denied. *Mitchell J. Cooper* for petitioners. *Irving A. Jennings* and *J. A. Riggins, Jr.* for respondent.

No. 518. BRENNAN, TREASURER OF CUYAHOGA COUNTY, OHIO, *v.* UNITED STATES ET AL. Court of Claims. Certiorari denied. *John T. Corrigan, Saul S. Danaceau* and *Frederick W. Frey* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States, respondent.